## NICHOLAS PERFITO *v.* AETNA CASUALTY AND SURETY COMPANY (13699)

Lavery, Schaller and Hennessy, Js.

Argued September 27—decision released October 24, 1995

*Kimball Haines Hunt*, for the appellant (plaintiff).

*Robyn L. Sondak*, for the appellee (defendant).

PER CURIAM. The judgment is affirmed.